UNITED STATES of America,
Plaintiff–Appellee,

v.

Louis ASKEW, a.k.a. Dreads,
Defendant–Appellant.

No. 14–10613
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 26, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, Stephen S. Stallings, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Philip Robert Horowitz, Law Office of Philip R. Horowitz, Esq., Miami, FL, for Defendant–Appellant.

Before ED CARNES, Chief Judge, HULL and ROSENBAUM, Circuit Judges.

PER CURIAM:

Philip R. Horowitz, appointed counsel for Louis Askew in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In a *pro se* response to counsel's motion to withdraw, Askew requests the appointment of substitute counsel. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no argua-

ble issues of merit, counsel's motion to withdraw is **GRANTED,** and Askew's convictions and sentences are **AFFIRMED.** Askew's *pro se* motion for substitute counsel is **DENIED.** *See United States v. Young*, 482 F.2d 993, 995 (5th Cir.1973).